UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

AMY ANSTEAD,

               Plaintiff,

     v.

VIRGINIA MASON MEDICAL CENTER, *et al.*,

               Defendants.

CASE NO. 2:21-cv-00447-JCC-JRC

AMENDED PRETRIAL SCHEDULING ORDER

The Court finds good cause and grants the joint motion to continue trial and related deadlines. Dkt. 23. The scheduling order in this matter (Dkt. 16) is amended as follows:

This case is scheduled for a six-day jury trial on **February 13, 2023, at 9:30 a.m. before the Honorable John C. Coughenour, Courtroom 16206** with the following pretrial schedule:

| Event | Date |
|---|---|
| Plaintiff's expert disclosures under Fed. R. Civ. P. 26(a)(2) | **May 27, 2022** |
| Defendant's expert disclosures under Fed. R. Civ. P. 26(a)(2) | **June 10, 2022** |
| Rebuttal expert disclosures | **June 11, 2022** |

| | |
|---|---|
| All motions related to discovery must be noted on the motion calendar no later than the Friday before discovery closes pursuant to Local Civil Rule ("LCR") 7(d) and LCR 37(a)(2) | |
| Discovery completed by | **September 7, 2022** |
| All dispositive motions must be filed by (*see* LCR 7(d)) | **October 6, 2022** |
| All motions in limine must be filed by this date and noted in accordance with LCR 7(d)(4)<br><br>Motions in limine raised in trial briefs will not be considered. | **December 28, 2022** |
| LCR 16.1 Pretrial Order due | **January 16, 2023** |
| Trial briefs, proposed voir dire, jury instructions and exhibits by | **February 9, 2023** |

Except as amended herein, the parties shall comply with the Court's previous scheduling order. Dkt. 16.

Dated this 23rd day of February, 2022.

J. Richard Creatura
Chief United States Magistrate Judge