THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMY ANSTEAD,<br><br>                    Plaintiff,<br><br>      v.<br><br>VIRGINIA MASON MEDICAL CENTER, *et al.*,<br><br>                    Defendants. | CASE NO. 21-0447-JCC-JRC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to continue the trial date and certain pretrial deadlines. The Court, having considered the records and files herein, and finding good cause, hereby ORDERS:

1. The discovery deadline is continued to November 7, 2022.
2. The dispositive motions deadline is continued to December 6, 2022.
3. The deadline to file motions *in limine*, if any, is continued to February 28, 2023.
4. Pretrial orders are due March 6, 2023.
5. Trial briefs, proposed voir dire, jointly proposed jury instructions, and exhibits are due April 10, 2023.

MINUTE ORDER
21-0447-JCC-JRC
PAGE - 1

6. The trial commencement date is continued to April 17, 2023.

DATED this 1st day of July.

Ravi Subramanian
Clerk of Court

s/Sandra Rawski
Deputy Clerk
