1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

8
9

10  AMY ANSTEAD,

11                  Plaintiff,

12         v.

13  VIRGINIA MASON MEDICAL CENTER, et al,

14

                    Defendants.

CASE NO. 2:21-cv-00447-JCC-JRC

ORDER AMENDING
SCHEDULING ORDER

15
16  This matter is before the Court on defendants' motion to continue the trial date and

17  related pretrial deadlines. The Court, having considered the parties' briefing on the issue and

18  finding good cause, hereby amends the scheduling order in this matter (Dkt. 45) as follows:

19  This case is scheduled for a six-day jury trial on **July 17, 2023, at 9:30 a.m. before the**

20  **Honorable John C. Coughenour, Courtroom 16206** with the following pretrial schedule:

21

| Event | Date |
|---|---|
| All motions related to discovery must be noted on the motion calendar no later than the Friday before discovery closes pursuant to Local Civil Rule ("LCR") 7(d) and LCR 37(a)(2) | |

22
23
24

ORDER AMENDING SCHEDULING ORDER - 1

| | | |
|---|---|---|
| 1 | Discovery completed by | **February 7, 2023** |
| 2 | All dispositive motions must be filed by (*see* LCR 7(d)) | **March 6, 2023** |
| 3 | All motions in limine must be filed by this date and noted in accordance with LCR 7(d)(4)<br><br>Motions in limine raised in trial briefs will not be considered. | **May 28, 2023** |
| 5 | LCR 16.1 Pretrial Order due | **June 6, 2023** |
| 6 | Trial briefs, proposed voir dire, jury instructions and exhibits by | **July 10, 2023** |

Except as amended herein, the parties shall comply with the Court's previous scheduling order. Dkt. 45.

Dated this 18th day of October, 2022.

J. Richard Creatura
Chief United States Magistrate Judge

ORDER AMENDING SCHEDULING ORDER - 2