THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMY ANSTEAD,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>VIRGINIA MASON MEDICAL CENTER, *et al.*,<br><br>　　　　　Defendants. | CASE NO. C21-0447-JCC<br><br>MINUTE ORDER |

　　　The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

　　　Based on communications to chambers, the Court understands that the Parties may seek to file separate summary judgment motions, one related to claims for relief and another related to counterclaims. In the interest of judicial efficiency, each party is DIRECTED to limit their filings to a single consolidated motion for summary judgement, addressing all claims and counterclaims, as needed, pursuant to LCR 7(e)(3). If, as a result of this guidance, a party wishes to file an overlength motion or brief, they must seek leave of the Court to do so.

　　　All requirements in the current scheduling order remain the same. (Dkt. No. 104.)

//

//

MINUTE ORDER
C21-0447-JCC
PAGE - 1

DATED this 10th day of May 2023.

Ravi Subramanian
Clerk of Court

s/Samantha Spraker
Deputy Clerk
